UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER ROBERT RICHESON,

              Plaintiff,

  v.

JIM DOERTY,

              Defendant.

Case No. C12-1382-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the proposed complaint (Dkt. 1), the applicable law, and the remaining record, does hereby find and **ORDER**:

(1) The Report and Recommendation is adopted.

(2) This 42 U.S.C. § 1983 civil rights action is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii).

(3) Mr. Richeson's application to proceed in forma pauperis is **DENIED** as moot.

(4) The Clerk of the Court is directed to send copies of this Order to Mr. Richeson and to Magistrate Judge Brian A. Tsuchida.

DATED this 26th day of September, 2012.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1